KTC:CK/MJF
F. #2006R01057

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 10 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

GARLAND TYREE,
    also known as "SI,"

               Defendant.

- - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. CR 06 533
(T. 18, U.S.C.,
§§ 113(a)(3),
1512(b)(1), 2 and
3551 et seq.)

BLOCK, J

POHORELSKY, M.J.

THE GRAND JURY CHARGES:

COUNT ONE
(Assault of John Doe #1)

1. On or about May 20, 2006, within the Eastern District of New York and within the special territorial jurisdiction of the United States, to wit, the Metropolitan Detention Center, Brooklyn, New York, the defendant GARLAND TYREE, also known as "SI," together with others, did knowingly and intentionally assault John Doe #1, an individual whose identity is known to the grand jury, with a dangerous weapon, with intent to do bodily harm and without just cause or excuse.

(Title 18, United States Code, Sections 113(a)(3), 2 and 3551 et seq.)

## COUNT TWO
(Tampering with Witness John Doe #2)

2. On or about July 19, 2006, within the Eastern District of New York the defendant GARLAND TYREE, also known as "SI," did knowingly and intentionally use and attempt to use intimidation toward another person, to wit: John Doe #2, an individual whose identity is known to the grand jury, with the intent to influence, delay and prevent his testimony in an official proceeding.

(Title 18, United States Code, Sections 1512(b)(1) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CR 06 533

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ AUG 10 2006 ★
BROOKLYN OFFICE

BLOCK, J.

POHORELSKY, M.J.

1. Title of Case: United States V. GARLAND TYREE, aka "SI,"

2. Related Magistrate Docket Number(s)
   None ✓

3. Arrest Date: _____

4. Nature of offense(s): ☑ Felony
   ☐ Misdemeanor

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): none

6. Projected Length of Trial:  Less than 6 weeks  (X)
   More than 6 weeks  ( )

7. County in which crime was allegedly committed: Kings
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?  ( ) Yes  (X) No

9. Have arrest warrants been ordered?  ( ) Yes  (X) No

10. Is a capital count included in the indictment?  ( ) Yes  (X) No

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By: _____
MORRIS FODEMAN
Assistant U.S. Attorney
(718) 254-6614

Rev. 10/01/03