

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F.# 2006R01057

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:* *147 Pierrepont Street*
*Brooklyn, New York 11201*

June 27, 2007

**VIA E-MAIL**
Peter E. Quijano
381 Park Avenue South, Suite 701
New York, NY 10016

    Re: United States v. Garland Tyree
         Criminal Docket No. 06-533 (FB)

Dear Mr. Quijano:

    Enclosed please find a copy of the defendant's state criminal history report and federal criminal history report.

    If you have any questions or further requests, please do not hesitate to contact us.

                      Very truly yours,

                      ROSLYNN R. MAUSKOPF
                      United States Attorney

        By:     /s/
                      Colleen Kavanagh
                      Morris J. Fodeman
                      Assistant U.S. Attorneys
                      (718)254-6614/6556

Encl.
cc: ECF (without enclosures)