TRH:CK/MJF
F. #2006R01057

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

GARLAND TYREE,
    also known as "SI,"

               Defendant.

- - - - - - - - - - - - - - - - - X

S U P E R S E D I N G
I N F O R M A T I O N

Cr. No. 06-533 (S-1)(FB)
(T. 18, U.S.C.,
§§ 4 and 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

On or about May 20, 2006, within the Eastern District of New York, the defendant GARLAND TYREE, also known as "SI," having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit: an assault committed within the territorial jurisdiction of the United States, in violation of Title 18, United States Code, Section 113(a)(6), did knowingly and intentionally conceal and did not as soon as possible make known the same to a judge or other person in civil or military authority under the United States.

(Title 18, United States Code, Sections 4 and 3551 et seq.)

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136