BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

## CRIMINAL CAUSE FOR SENTENCE ON VIOLATION OF SUPERVISED RELEASE

### DATE: AUGUST 15, 2013 FROM 9:00AM TO 9:30AM

DOCKET NUMBER: CR 02-1295(S-1) & CR 06-533(S-1) (RJD)

U.S.A. -v- GARLAND TYREE (ON BOND)
COUNSEL: MARK DEMARCO (CJA)

AUSA MATTHEW AMATUDA
PROBATION OFFICER: ROBERT ANTON

COURTREPORTER: JUDI JOHNSON

X   CASE CALLED FOR FINDINGS & SENTENCE ON VIOLATION OF SUPERVISED RELEASE.

X   COURT FINDS THAT THE DEFENDANT HAS VIOLATED HIS CONDITIONS OF SUPERVISED RELEASE. ACCORDINGLY, THE DEFENDANT IS **SENTENCED** UNDER CR 02-1295(S-1) & CR 06-533(S-1) AS FOLLOWS:

X   **THE DEFENDANT IS HEREBY COMMITTED TO THE CUSTODY OF THE UNITED STATES BUREAU OF PRISONS TO BE IMPRISONED FOR A TOTAL TERM OF ONE(1) YEAR.**
**UPON RELEASE FROM IMPRISONMENT, THE DEFENDANT IS CONTINUED ON SUPERVISED RELEASE AS IMPOSED ON 8/17/2006 UNDER DOCKET NUMBER CR 02-1295(S-1) BY THIS COURT AND AS IMPOSED ON 12/5/2007 UNDER DOCKET NUMBER CR 06-533(S-1) BY JUDGE FREDERIC BLOCK, INCLUDING STANDARD AND SPECIAL CONDITIONS AS PREVIOUSLY IMPOSED.**

X   DEFENDANT SHALL SURRENDER TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF NEW YORK ON **AUGUST 21, 2013 BY 10:00AM.**